## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARIELA CALDERON, )<br>)<br>Defendant. ) | 8:12CR313<br><br>ORDER |

This matter is before the court on defendant's MOTION TO EXTEND FILING DEADLINES [51]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 23-day extension. Pretrial Motions shall be filed by December 26, 2012.

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND FILING DEADLINES [51] is granted. Pretrial motions shall be filed on or before **December 26, 2012.**

2. The defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between December 3, 2012 and December 26, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED this 3rd day of December, 2012.**

**BY THE COURT:**

s/ F.A. Gossett
**United States Magistrate Judge**