IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>vs.<br><br>MARIELA D. CALDERON,<br><br>               Defendant. | **8:12CR313**<br><br>**MEMORANDUM AND ORDER** |

Before the court is the Findings and Recommendation and Order ("F&R") of United States Magistrate Judge F.A. Gossett, III, Filing No. 85. No objection has been filed to the "F&R." Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and denies the "F&R" in all respects.

THEREFORE, IT IS HEREBY ORDERED that:

1. The "F&R," Filing No. 85, is adopted in its entirety; and

2. The defendant's motion to suppress, Filing No. 58 is denied in all respects.

Dated this 7th day of March, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge